FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Griffin  42254
(Last Name)  (Identification Number)

Kenneth  LEE
(First Name)  (Middle Name)

S.M.C.I. Area #2, E-2
(Institution)

P.O. Box 1419 Leakesville, Ms. 39451
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

FILED JUN 15 2012 SOUTHERN DISTRICT OF MISSISSIPPI

CIVIL ACTION NUMBER: 4:12cv96-DPJ-FKB
(to be completed by the Court)

V.

Major Grubbs

J. Alexander

Willie Booker

Sgt. Jackson

(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Griffin v. Epps et al

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court Mississippi Southern District, Hinds

3. Docket Number: 3:09-CV-00506-DPJ-JCS

4. Name of judge to whom case was assigned: unone

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): I the plaintiff dismissed the case. It's not pending

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Kenneth Lee Griffin   Prisoner Number: 42254

Address: S.M.C.I. Area #2, E-2
P.O. Box 1419
Leakesville, Ms. 39451

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Major Grubbs _____ is employed as
Major _____ at E.M.C.F. P.O. Box 4217
Meridian, Ms. 39307

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Kenneth Lee Griffin   ADDRESS: S.M.C.I. Area #2, E-2 P.O. Box 1419 Leakesville, Ms. 39451

DEFENDANT(S):

NAME:
J. Alexander
Willie Booker
Sgt Jackson

ADDRESS:
E.M.C.F. P.O. Box 4217 Meridian, Ms. 39307
E.M.C.F. P.O. Box 4217 Meridian, Ms. 39307
E.M.C.F. P.O. Box 4217 Meridian, Ms. 39307

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )   No (✓)

B. Are you presently incarcerated for a parole or probation violation?

Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (✓)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (✓)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes (✓)   No ( ), if so, state the results of the procedure: _I was g..e my completetion ARP certificate, with further shenanigans play'd on me. see attachment's_

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes (✓)   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): _See attached, written request's, request forms and copy's of Grievance and response._

3. State the date your claims were presented: _4-29-2010_

4. State the result of the procedure: _See attached completed ARP Certificate Nothing was and has been done on this matter_

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need, attach extra sheet if necessary.)

This complaint concerns my property that was placed in the property room at E.M.C.F. I have written request to the staff there asking for my property. property has not been return as of 5-21-12.

These defendants are the Persons whom responded to my Request for Administrative Remedies.

These defendants are being Sued Jointly and individually and in their offical Capacity under color of law.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

That my property be return/or that it be replaced

That the defendant's pay Court cost and attorney's Fee, as it is the defendant's fault that I had to initiate this Action.

granted any other and further relief deemed Just and proper by the court monetary wise.

Signed this 13 day of June, 20 12

Kenneth Lee Griffin #122254
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

6-13-12
(Date)

Kenneth Lee Griffin
Signature of plaintiff

4



# East Mississippi Correctional Facility

## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY
### ARP

Inmate Name: Kenneth L. Griffin

MDOC#: 42254

Housing Unit: 1-B Cell #215

Date of Incident: 4-29-09
Time of Incident: 09:30
Place of Incident: E.M.C.F. Intake
Alleged complaint: Property lost or stolen

This complaint concerns my Property that has been placed in E.M.C.F. property room, I have written request's to the staff here asking to see if my property still's remains in the property room. There's been break-ins and I think some or all my property might be stolen. I've given my property list to Unit 1st Manager Mr. Booker, and has made many verbal request to be taken to my property. The value of my property is over five hundred dollar's and everything was brought from the M.D.O.C. canteen.

**Relief Requested:**
To see my property and to have it ready for me when I'm transfer out. If my property has been stolen, I want the property value placed in my inmate account ASAP!

Respectfully Submitted

Inmate Signature: Kenneth Griffin

Today's Date:

[RECEIVED APR 2010 EMCF ARP DEPT stamp]

601(?)
495-6255

# Department of Corrections
## Offender Request Form

Date: 6-8-10

Offender Name: Kenneth L. Griffin  (print) Offender Number: 42254

Unit Assignment: A-1 Bed #196   Work/Program: N/A

**Subject Matter of Request (Check One)**

- ☐ Department Regulations/Rules
- ☐ Commissary
- ☐ Conflict with staff
- ☐ Food
- ☐ Meritorious Earned Time
- ☐ Housing Assignment
- ☐ Unit Regulations
- ☐ Legal Services
- ☐ Medical/Dental Services
- ☐ Offender Marriages
- ☐ Religious Issues
- ☐ Transfers
- ☐ Program Assignments
- ☐ State Issue/Clothing
- ☐ Conflict with Offenders
- ☐ Computation Time
- ☐ Disciplinary Procedures
- ☐ Trusty Time
- ☐ Offender Accounts
- ☐ Unit Physical Conditions
- ☐ Job Assignments
- ☐ Mail
- ☒ Personal Property
- ☐ Recreation
- ☐ Offender Telephones
- ☐ Visitation
- ☐ Custody/Classification
- ☐ Other _____

TO: Warden Davis   Title: Warden SMCI

Location: Admin. Bldg

**Brief Statement of the Request** (a maximum of one (1) additional page may be attached).

I'm requesting assistance to obtain my property from E.M.C.F. a Maj. Grubbs has it and a copy of my list, and the day I was transferred he told me that he would send it. I need to know the status. Thanks for your help in this matter.

**DO NOT WRITE BELOW THIS LINE**

Staff Response: You need to write Major Grubbs at EMCF + see if he will send it to you. I called him + he stated that they were looking for it.

Signature/Title: Lt. R. Bonner

Date: 7/14/10

TO: E.L. Sparkman
OCI/Superintendent
723 North President Street
Jackson, MS. 39202

From: Kenneth L. Griffin #42254
SMCI. Area #2, D-2, A-zone Bed #81
P.O. Box 1419
Leakesville, Ms. 39451

DATED
10-13-2010

**RECEIVED**

**OCT 15 2010**

DEPUTY COMMISSIONER OF INSTITUTIONS

RE: Sensitive Issue Request concerning my personal property, lost or stolen at E.M.C.F.

Dear Mr. Sparkman
  Sir. I am writing you this letter for help and assistance in a sense of great urgency as well as for your personal concern, Mr. Sparkman, Sir, Major Grubbs at E.M.C.F., had my personal property last he call'd me to his office and show'd it to me, and stated that when I transferred out he would have it ready for me, But that day came and he didn't have it, but told me that he would find it and send it to me. Sir, I've done an (ARP) on the matter way back on the ○○○○ 4-8-2010, I had SMCI Lt. R. Bonner to call him on the 7-14-2010 about my property and he stated to her that he was looking for it?. My sister Mrs Sylvia Robinson call'd him and he told her he was going to get it to me, but has as of yet. Mr. Sparkman, Sir no one wants to deal with the merits of my claims? my property was purchased from M.D.O.C., and Unit Manager Mr. Bookes and Major Grubbs at E.M.C.F., has a copy of my personal property receipt as well as my sister. Sir, I just want my property, Im sick of the shenanigans that's being play'd by E.M.C.F. department's heads. Would you please help me with this matter at your earliest convenience Mr. Sparkman, Major Grubbs number is 601-485-5255. I thank you in advance for your co-operative efforts Sir, as well as for your genuine understanding in this matter.

Respectfully Submitted
Kenneth Griffin #42254

# EAST MISSISSIPPI CORRECTIONAL CENTER

**Subject:** Notice of Confiscation of non allowable items.

**To:** Inmate: _Kenneth Griffen_ **Number:** _42254_
(Print Name)

Please be advised that the following non allowable items were removed and confiscated by a staff member during an authorized search: (List each item removed)

1. Fan
2. TV small flat screen
3. extension cord
4. TV Charger
5. TV Connection Connector cord
6. head phones
7. Cable cord

The reason for removal was: (Give full explanation for removal)
_non allowable items_

You are advised that you may file a grievance through normal grievance procedures if you object to this action.

_____   _____   _____
(Signature of confiscating officer)        Time       Date

Inmate notified on _____ at _____ by _____
                    Date       Time      Signature

cc: Unit File   _Non Allowable items sheet was never signed by Sgt. Jackson who confiscated my property._

I-185

# Mississippi Correctional Facility

**Exhibit "B"**  Intake    **Exhibit A**

## INMATE PERSONAL PROPERTY INVENTORY SHEET

| INMATE: Kenneth Griffin | MDOC #: 42254 | DATE: 4-29-09 |

In the column marked "Store", enter the number of items taken from the inmate and stored by EMCF. In the column marked "KEEP", enter the number of approved items (i.e. clothing, letters and photos) kept by the inmate. Describe items that appear to be high value or the inmate claims to be high value.

| Pant/shirt(s) | Quantity Store/Keep | Under Garments | Quantity Store/Keep | Beddings | Quantity Store/Keep | Personal | Quantity Store/Keep |
|---|---|---|---|---|---|---|---|
| Green/white | | Boxers | | Mattress | | Soap | 6 |
| Black/white | | T-shirts | | Blankets | | Toothpaste | 5 |
| Red/white | | Thermal top | 3 | Sheets | | Toothbrush | 1 |
| MDOC shirt | | Thermal bottom | 1 | Pillow | | Lotion | 2 |
| Sweatshirt | | Sock/pairs | | Pillow case | | Shampoo | 3 |
| Shoes | | 1 watch | 1 | Laundry bag | | Deodorant | 2 |
| Work | | | | Towel/washcloth | | Hair grease | 3 |
| Tennis | 1 pr | | | | | Toilet paper | 1 |
| Shower | | | | | | Comb/brush | 1 |

| Tobacco | Quantity Store/Keep | Misc. | Quantity Store/Keep | Note any items not listed. | Personal | Quantity Store/Keep |
|---|---|---|---|---|---|---|
| Cigarettes | | Books | 2 | Cards - 4 | De-Bug | |
| Cigars | | Religious | 1 | 1 holder | 1 - Visine | 1 |
| CP 101/ Tops | | Legal | 1 box envelope legal | 1 dental floss | Radio | |
| Dip | | Letters | 20 | Sponge (blue) - 1 | Batteries | |
| Chew | | Photos | 150 | 1 pr glasses | Headphones | |
| | | Envelopes | | 1 spoon | Lock/key | |
| | | | | 2 tapes | Bowls | |
| | | | | | Cup/mug | |
| | | | | | I.D./Wristband | |

Was the property accepted by property room supervisor?
___ Yes ___ No
Date/Time _____

Inmate Name: Kenneth Griffin
Inmate Signature: Kenneth Griffin
Staff Signature: Sgt. Jackson
Witness Signature: _____

MDOC# 42254
Date/Time 4-29-09 09:30
Date/Time _____

Remove for return
_____
_____
_____

All valuables will be secured in a property envelope. They will be sealed and signed by the inmate and (2) staff witness before being placed in the safe.

| Valuable Items | Quantity |
|---|---|
| Watch | |
| Ring | |
| Necklace | |
| Glasses | |
| Contact Lens | |
| Dentures | |
| | |

Property Supervisor Signature _____

Document in Microsoft Internet Explorer

Revision No: 1    Issue Date: 06/28/2006

MISSISSIPPI DEPARTMENT OF CORRECTIONS

FORM ARP-2

NUMBER  EMCF - 10 - 576

# FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 10 days of the date the request was initiated.

TO: Kenneth Griffin #2254      EMCF
     Offender's Name and Number      Housing Unit

FROM: Maj. Crabb     EMCF
     Person to whom 1st Step is Directed      Title/Location

The offender has been working with Mr. Beckett on his property issue. He needs to continue to work with Mr. Beckett with his property issue. After it is discussed all issues with him he may have him contact me and we can discuss the next steps.

5-5-2010
Date

Signature

If you are not satisfied with this response, you may go to STEP 2 by filling out the second step section of Form ARP-1 and sending the pink copies of ARP-1 and ARP-2 to the Superintendent. It must be received in the Superintendent's office within 5 days of the date of this response.

**INSTRUCTIONS TO RESPONDENT:** Send original along with STEP 3 and STEP 2 copies to the Legal Claims Adjudicator. Keep Respondent's copy. **NOTE:** A copy of all documents referenced in the response must be attached and returned to the Legal Claims Adjudicator.

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

# CERTIFICATE

Inmate Name  Kenny Griffin
MDOC No. 122264
ARP No. EMCF 10.576

The Administrative Remedy Program administered by the Mississippi Department of Corrections was adopted February 15, 1984, pursuant to an order entered by U.S. District Court Judge L.T. Senter, Senior Judge, of the United States District Court, Northern District for Mississippi.

This order required that there be three steps to the procedure.

Subsequently, a number of states, including Mississippi, have determined that the three step process is somewhat cumbersome and that a two step process is all that is necessary in order to ensure a complete administrative review process.

Pursuant to the motion of the MDOC, Judge Davis entered an Amended Order on August 19, 2010, mandating that a two step process be instituted September 17, 2010.

A copy of this order is posted in all housing units.

Therefore, based upon the information outlined above, this Certificate is issued so that you may have immediate judicial access.

This the 30th day of September, 2010.

_____
Tracey Sanders, Administrator
Administrative Remedy Program

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

FORM ARP-1

NUMBER  EMCF – 10 –– 576 .

## OFFENDER'S RELIEF REQUEST FORM

Type or use ball-point pen.

TO: __Maj. Grubb__
      First Step Respondent

Location: __EMCF__

FROM: __Kenneth Griffin  #122054__
        Offender's Name and Number

Housing Unit: __EMCF__

_____
Date of Incident

☒ **ACCEPTED.** This request comes to you from the Legal Claims Adjudicator. See the attached request from the offender. Please return your response to this office within 10 days of this date.

☐ **REJECTED.** Your request has been rejected for the following reason(s):

__4/26/10__
Date

__[signature]__
Legal Claims Adjudicator

### SECOND STEP (Pink Copies)

On __May 7, 2010__ (date), I received a written response to my First Step request. I am not satisfied with this response because __See Attached Second STEP Attachment;__

Therefore, I am commencing the Second Step by sending the pink copy of this form (ARP-1), the pink copy of the First Step response (ARP-2), to the Superintendent. This request must reach the Superintendent's office within 5 days of my receiving the First Step response.

__May 7, 2010__
Date

__Kenneth Griffin__
Signature

### THIRD STEP (Light Yellow Copies)

On __May 11, 2010__ (date), I received a written response to my Second Step request. I am not satisfied with this response because __See Attached Second STEP Attachment;__

I am commencing the Third Step by sending the light yellow copy of this form and the light yellow copies of my First and Second responses, to the Commissioner. This request must be sent within 5 days of my receiving the Second Step response.

__May 11, 2010__
Date

__Kenneth Griffin__
Signature

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

FORM ARP-3

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

NUMBER __EMCF__ - __2010__ - __576__

## SECOND STEP RESPONSE FORM
### (SUPERINTENDENT)

Type or use ball point pen. You must respond to the offender within 25 days of receipt of the offender's request.

TO: __Inmate Kenneth Griffin, 42264__        __EMCF__
      Offender's Name and Number        Housing Unit

FROM: __Dale Caskey__        __EMCF__
           Superintendent        Institution

**INMATE GRIFFIN, FIRST STEP RESPONDENT EXPLAINED WHAT STEPS YOU NEEDED TO GO THROUGH TO RESOLVE THIS ISSUE. UNTIL YOU HAVE DONE THAT YOUR GRIEVANCE IS MOOT.**

__05-10-10__        [signature]
Date        Superintendent's Signature

If you are not satisfied with this response, you may go to STEP 3 by filling out the third step section of ARP-1 and sending the light yellow copies of ARP-1, ARP-2, AND ARP-3 to the Commissioner, Mississippi Department of Corrections. These forms must reach his office within 5 days of the date of this response.

**INSTRUCTIONS TO SUPERINTENDENT:** Send original and STEP 3 copy to the inmate. Keep Superintendent's Copy.

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

**OFFENDER'S ORIGINAL**

Superintendent Dale Caskey responed negatively to plaintiff's second step (ARP) EMCF-2010-516. by telling me that I need to go through steps to resolve this issue and until I've done that your grievance is moot., plaintiff contend that over a number of months he's written inmate request forms to see if his property is still in the property room and has even given Mr. Booker a property on this day in which he requested it, But still has gotten a reply back, Sir. I want to see my property, or if my property has been stolen I want the property value placed in my inmate account ASAP, for my relief requested. See Attached inmate request form to Mr. Booke

**The GEO Group, Inc.**

Revision:
Issue Date

## East Mississippi Correctional Facility

# Inmate Request Form

Inmate Name: Kenneth L. Griffin        MDOC #: 42254

Housing Assignment: 1-B Cell #215

Date: 3-16-2010

- Warden
- Warden of Security
- Major
- Captain
- Chaplain
- Medical
- Education
- Telephone
- Grievance
- ID Badges
- Library
- Gym
- ✓ Unit Manager
- Psychologist
- Mental Health Counselor
- Case Manager

Inmate Request: Mr. Booker

Sir, I'm writing this request seeking assistance in a matter concerning my personal property 1. Lakewood Fan, 1. Pegasus T.V. 2. head phones, 1. extenion cord, 1. Cable cord, 2. tapes, Now as everyone knows that there has been break-ins in the property room, so I need to know that my property is still in the property room. Sir, I'm bringing this request to your office for reddress with hopes of your co-operative efforts in handleing this matter. Respectfully Submitted
Kenneth Griffin

**Official Use Only:**

Please sent me a copy of your Inmate Property Sheet. — W. Booker
03/19/2010

**Departmental Signature**

L:\Forms\Inmate Forms\Inmate Request Form.doc

| Revision No: | 3 | Issue Date: | 11/14/08 |

Second STEP Attachment:

Maj Grubb responed negatively to complaintiff's (ARP) See Attached First Step Response Form-2 EMCF-10-516, Complaintiff even written to Maj Grubb requesting to see said property and after Complaintiff didn't get a response from the request, Complaintiff talk'd with Maj Grubb about his property and Maj Grubb asured Complaintiff that he still had Complaintiff property, since the time he call'd Complaintiff to his office and show'd it to me, But after hearn about a number of break-ins the 1-C# property room, I ask'd requested to see my property to staff, Unit 1# Manager Mr. Book both verbal and written, Now if my property has been stolen, I want the property value place'd in my inmate account, ASAP!, for Relief Requested, because all my property was brought from the M.D.O.C. Canteen. See Attached Intake property sheets they gave me when I arrive'd at E.M.C.F. Exhibit A#, B#, Complaintiff contends that E.M.C.F.. should have been let him know the status of said property eight months ago, and not force him to suffer mental distress.. Complaintiff pray's that reddress be granted through normal grevance procdures before the action of replevin may be instituted in the Justice Court.

Respectfully Submitted
Kenneth Griffin #42254
E.M.C.F. P.O.Box 4217  4-D#213
106 Hwy 80 West
Meridian, MS. 39307

**FORM ARP-2**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

NUMBER _____ - _____ _____

# FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 10 days of the date the request was initiated.

TO: _____     _____
        Offender's Name and Number                        Housing Unit

FROM: _____     _____
        Person to whom 1st Step is Directed                Title/Location

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____     _____
           Date                                    Signature

If you are not satisfied with this response, you may go to STEP 2 by filling out the second step section of Form ARP-1 and sending the pink copies of ARP-1 and ARP-2 to the Superintendent. It must be received in the Superintendent's office within 5 days of the date of this response.

**COPY – FOR RESPONDENT'S FILE**

Date: July 1, 2010

To: David Petrie, Legal Claims Adjudicator
    Administrative Remedy Program

From: Kenneth L. Griffin #42254
      SMCI, Area 2, D-2, B-zone Bed #81
      P.O. Box 1419
      Leaksville, MS. 39451



RE: ARP Number EMCF-2010-576

Dear Mr. David Petrie
    Sir, I'm writing you this request, reason being I want to know the status of my ARP about my property, the department heads at EMCF has continue to lie to me verbally about my property. I was transferred from EMCF and told by Maj. Grubbs that he was going to find and send me my property, but hasn't as of yet. it's very hot here in SMCI, I need my property Sir. So would you find out what taking them so long to answer my STEP 3, cause I'm ready to file into Court and get my property value.
    I thank you in advance for your co-operative efforts and also for you genuine understanding in this matter.

                                    Respectfully Submitted
                                    Kenneth Griffin #42254

This Has been mailed to the Commissioner for a 3rd step response.

                                    Birdtail

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER EMCF - 11 - 562

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: Kenneth Griffin #42254         EMCF
    Inmate's Name and DOC#           Housing Unit

FROM: Major Mize          EMCF
    Person to whom 1st Step is Directed    Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

Mr. Griffin Major Gruckel is no longer with EMCF. If you will send me the property sheet in question, I will see if I can find property and send it to you.

As A last resort I will need, A price list, or receipt, for the property you are claiming you are missing, so I can make arrangements to have it Replaced. If it is not found. Captain J. Alexander, EMCF

Signature                    Date 6/15/10

(✓) I am not satisfied with this response and wish to proceed to Step Two.
REASON: See Attached Second STEP Attachment:

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

Inmate's Signature     DOC#              Date

Inmate's - COPY

DATED
10-13-2010

TO: E.L. Sparkman
DCI/Superintendent
723 North President Street
Jackson, MS. 39202

From: Kenneth L. Griffin #42254
SMCI. Area #2, D-2, A-zone Bed #81
P.O. Box 1419
Leakesville, MS. 39451

RECEIVED
OCT 15 2010
DEPUTY COMMISSIONER OF INSTITUTIONS

RE: Sensitive Issue Request concerning my personal property, lost or stolen at E.M.C.F.

Dear Mr. Sparkman
  Sir, I am writing you this letter for help and assistance in a sense of great urgency as well as for your personal concern, Mr. Sparkman, Sir, Major Grubbs at E.M.C.F., had my personal property last he call'd me to his office and show'd it to me, and stated that when I transferred out he would have it ready for me, But that day came and he didn't have it, but told me that he would find it and send it to me. Sir, I've done an (ARP) on the matter way back on the 4-8-2010, I had SMCI Lt. R. Bonner to call him on the 7-14-2010 about my property and he stated to her that he was looking for it?. My sister Mrs Sylvia Robinson call'd him and he told her he was going to get it to me, but has as of yet, Mr. Sparkman, Sir no one wants to deal with the merits of my claims? my property was purchased from M.D.O.C., and Unit Manager Mr. Booker and Major Grubbs at E.M.C.F., has a copy of my personal property receipt as well as my sister. Sir, I just want my property, I'm sick of the shenanigans that's being play'd by E.M.C.F. department's heads. Would you please help me with this matter at your earlist convenience Mr. Sparkman, Major Grubbs number is 601-485-5255, I thank you in advance for your co-operative efforts Sir, as well as for your genuine understanding in this matter.

Respectfully Submitted
Kenneth Griffin #42254

1